IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS B. DOBSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-12-0847-F |
| MICHAEL J. ASTRUE, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Report and Recommendation of Magistrate Judge Gary M. Purcell, doc. no. 4, recommends denial of the plaintiff's motion to proceed without prepayment of fees, doc. no. 2, because plaintiff has sufficient financial resources to pay the fee. The Report recommends dismissal of this action without prejudice absent payment of the filing fee by September 7, 2012. No objection has been filed to the Report, and no extension of time has been sought. Upon review, and with no objection having been made, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**, **ACCEPTED** and **AFFIRMED**. Plaintiff's application to proceed without prepayment of fees is **DENIED**, and this action is **DISMISSED** without prejudice for failure to pay the filing fee.

Dated this 11th day of September, 2012.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0847p002.wpd